United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2015

David J. Bradley, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RAUL CHAPA AND ELOISA CHAPA | § | |
| VS. | § | Civil Action 1:15-cv-00045 |
| STATE FARM LLOYDS | § | |

### FINAL JUDGMENT ON DEFENDANT'S OFFER OF JUDGMENT

This civil action was commenced on January 28, 2015 by Plaintiffs RAUL CHAPA AND ELOISA CHAPA in the 197th Judicial District Court of Willacy County, Texas, and Defendant STATE FARM LLOYDS appeared and answered after having been served with citation. Defendant STATE FARM LLOYDS removed this action to this U.S. District Court on diversity of citizenship grounds.

The Defendant offered by written notice served on the Plaintiffs to permit judgment against it in the amount of $9,500.00 (nine thousand five hundred and no/100 dollars) inclusive of all costs now accrued, interest, and attorney's fees. The Plaintiffs timely served written notice on the Defendant that they were accepting the Defendant's offer of judgment. The Plaintiffs filed with the clerk of this court a copy of the Defendant's offer of judgment and a copy of the Plaintiffs' acceptance of the offer together with proof of service of the acceptance. Based on this, the court makes the following order:

**IT IS ORDERED** that Defendant STATE FARM LLOYDS is liable to Plaintiffs, as alleged by Plaintiffs in their petition, and the Plaintiffs RAUL CHAPA and ELOISA CHAPA shall have and recover of and from Defendant STATE FARM LLOYDS actual damages in the sum of $9,500.00 (Nine Thousand Five Hundred And No/100 Dollars) inclusive of all costs now accrued, interest, attorney's fees.

**IT IS ORDERED** that this judgment hereby rendered shall bear interest at the rate of six percent (6%) per annum, compounded annually from the date this judgment is signed by the court, until paid

Plaintiff is allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

This is a final judgment disposing of all parties and all claims.

**SIGNED** this ___20th___ day of ___August___, 2015.

_____
U.S. DISTRICT JUDGE PRESIDING